**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **COMARCO WIRELESS SYSTEMS LLC,** | C.A. No. 2:25-cv-01245 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **TRANSCEND INFORMATION, INC.,** | **PATENT CASE** |
| Defendant. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Comarco Wireless Systems LLC files this Original Complaint for Patent Infringement against Transcend Information, Inc. ("Defendant") and would respectfully show the Court as follows:

### I.  THE PARTIES

1.      Plaintiff Comarco Wireless Systems LLC ("Comarco" or "Plaintiff") is a Texas limited liability company, having a principal place of business located at 6000 Shepherd Mountain Cove, Suite #1604, Austin, TX 78730.

2.      On information and belief, Defendant Transcend Information, Inc. ("Transcend") is a corporation organized and existing under the laws of Taiwan its principal place of business at No. 70, XingZhong Road, NeiHu District, Taipei 11, Taiwan. Defendant has a registered agent Clarence Chan at 1645 N Brian St, Orange, California 92867.

3.      Transcend was founded in Taiwan in 1989 and does business in the State of Texas and in the Eastern District of Texas.

4.      Transcend offers for sale and sells the Accused Instrumentalities to customers and potential customers in Texas, including in this judicial district.

1

5.      Transcend's authorized sellers and sales representatives offer, sell, and distribute products accused of infringing Plaintiff's patents to consumers in this judicial district.  Transcend and its affiliates also sells, offers for sale, imports, and distributed Accused Instrumentalities in this judicial district, in Texas, and throughout the United States.

## II.  JURISDICTION AND VENUE

6.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

7.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its business in this forum, including at least a portion of the acts of infringement alleged herein.

8.      Without limitation, on information and belief, within this state, Defendant committed, acts of patent infringement, as alleged herein.  In addition, on information and belief, Defendant has derived revenues from its infringing acts occurring within Texas.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from services provided to persons or entities in Texas.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its providing services within Texas.  Defendant has committed such purposeful acts and/or transactions in Texas such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

9.      Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief, from and within this District Defendant has committed at least a portion of the infringements at issue in this case.

10.      For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.   FACTUAL ALLEGATIONS UNDERLYING ALL CLAIMS

11.      Plaintiff incorporates the above paragraphs herein by reference.

12.      The patents at issue in this matter arose from the pioneering work of Thomas W. Lanni, an accomplished electrical engineer. Mr. Lanni began working in the field of power supply and conversion in the early 1980s. In 1994, Mr. Lanni joined Comarco, Inc. as Vice President and Chief Technology Officer.

13.      Through his work at Comarco, Inc., Mr. Lanni recognized that the increasing use of a variety of portable devices and myriad power sources (e.g., automobile outlets and wall sockets) created the problem of a given device receiving the wrong level of power from a given power source. This mismatch could result in a failure to charge, or could cause damage to the device being charged by causing the battery to overheat or even catch fire.

14.      To address this shortcoming in the prior art, Mr. Lanni invented a charging system whereby a charger and a portable electronic device engage in a "handshake" process in order to determine the appropriate level of power to be delivered to the portable electronic device. Mr. Lanni's system includes a charger that comprised power circuitry to provide power along with data circuitry to receive a signal from the portable electronic device to be charged and to provide a signal in response. Conductors are configured to transfer DC power and a ground reference voltage to the portable electronic device. During operation, a third conductor receives the signal from the portable electronic device and a fourth conductor transmits the response signal to the portable

electronic device. The portable electronic device was able to use this response signal to determine a power level of the power supply system. This system enables the portable electronic device to receive the appropriate power level from the charger.

15.    Mr. Lanni's work led to a large family of patent applications (and resulting issued patents) claiming priority to U.S. Patent Application No. 10/758,933 ("the '933 Application") filed on January 15, 2004. Mr. Lanni is the sole named inventor on these patents.

16.    On August 12, 2020, U.S. Patent Application No. 16/991,295 was filed, claiming priority to the '933 Application. After examination, the USPTO issued U.S. Patent No. 10,855,087 ("the '087 Patent"), entitled "Power Supply Systems" on December 1, 2020. A true and correct copy of the '087 Patent is attached as Exhibit 1.

17.    Comarco is the assignee of all right, title, and interest in the '087 Patent (the "Patent-in-Suit") including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the Patent-in-suit. Accordingly, Comarco possesses the exclusive right and standing to prosecute the present action for infringement of the Patent-in-suit by Defendant.

## IV.   COUNT I
## (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 10,855,087)

18.    Upon information and belief, Defendant has directly infringed claims 1 and 11 of the '087 patent (in Texas, and elsewhere in the United States), by making, using, selling, offering for sale and/or importing a power supply system comprising power circuitry configured to provide direct current power such products including, but not limited to, the following: the Transcend USB 3.0 4-Port Hub TS-HUB3K and the Transcend HUB 6 in 1 Hub ("'087 Accused Chargers").

19.    Claim 1 of the '087 patent states:

A power supply system comprising:

power circuitry configured to provide direct current power; and

data circuitry configured to receive a first signal that originates from a portable electronic device and to provide a second signal to be sent to the portable electronic device, the data circuitry and the power circuitry configured to be coupled via a connector to the portable electronic device, the connector comprising a first conductor, a second conductor, a third conductor, and a fourth conductor, the connector configured to be detachably mated with a power input interface of the portable electronic device to:

transfer, via the first conductor, the direct current power to the portable electronic device,

transfer, via the second conductor, a ground reference to the portable electronic device,

transfer, via the third conductor, the first signal from the portable electronic device to the data circuitry, and

transfer, via the fourth conductor, the second signal from the data circuitry to the portable electronic device,

wherein the data circuitry is further configured, in coordination with the first signal, to provide the second signal having a parament level that is usable by the portable electronic device in connection with control of charging a rechargeable battery of the portable electronic device based on the direct current power provided by the power circuity.

(Ex. 1 at 10:63-11:24).

## A.    Infringement for Compliance with the Battery Charging (BC) 1.2 specification

20.    Defendant made, used, sold, offered for sale and/or imported a USB power supply namely the Transcend USB 3.0 4-Port Hub TS-HUB3K (*"* the '087 Accused BC Chargers") comprising power circuitry configured to provide direct current power.  This element is met literally, or in the alternative, under the doctrine of equivalents.  Defendant made, used, sold, offered for sale and/or imported the '087 Accused BC Chargers to supply power to portable electronic devices.  The USB power supply output voltage, current, and power values.  Upon information and belief, each of the '087 Accused BC Chargers included circuitry compliant with the Battery Charging (BC) 1.2 specification to charge the portable electronic device. The Table 2-1        (https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-

%20August%202019.pdf, page 36) and the diagram depicting the power consumed by different USB specifications (https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5) disclose that BC 1.2 is used to output 5V voltage, 1.5A current, and 7.5W power.

21.     The USB power supply output voltage, current, and power values. USB-compliant devices at USB 3.0 or above are compatible with the USB BC 1.2 specification.  Upon information and belief, each of the '087 Accused BC Chargers included circuitry compliant with the Battery Charging (BC) 1.2 specification to charge the portable electronic device. The Table 2-1 (https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36) and the diagram depicting the power consumed by different USB specifications (https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5) disclose that BC 1.2 is used to output 5V voltage, 1.5A current, and 7.5W power. Further, to charge the battery in a portable electronic device, the portable electronic device is connected to the USB power supply. The other end of the USB cable is connected to the charging port of the portable electronic device and the power supply is plugged into a standard wall socket or a DC power source.  Therefore, the USB power supply comprised power circuitry to provide DC power to the portable electronic device.



(*E.g.*,                    https://www.amazon.com/Transcend-Information-SuperSpeed-USB-TS-HUB3K/dp/B005D69QD8).



(*E.g.*, *id.*).



(*E.g.*, *id.*).

**Table 2-1  Summary of power supply options**

| Mode of Operation | Voltage | Current | Notes |
|---|---|---|---|
| *USB 2.0* | 5 V | See *USB 2.0* | |
| *USB 3.2* | 5 V | See *USB 3.2* | |
| *USB4* | 5 V | 1.5 A | See Section 5.3. |
| *USB BC 1.2* | 5 V | 1.5 A[1] | Legacy charging |
| USB Type-C Current @ 1.5 A | 5 V | 1.5 A | Supports higher power devices |
| USB Type-C Current @ 3.0 A | 5 V | 3 A | Supports higher power devices |
| *USB PD* | Configurable up to 20 V | Configurable up to 5 A | Directional control and power level management |

(*E.g.*, https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36).

# USB battery charging specifications

## Battery Charging Specification Revision 1.2 (BC1.2)

The different port types described in the above section were first defined in the *Battery Charging Specification Revision 1.2* (BC1.2) published in 2010. In addition to the port definitions, BC1.2 specifies primary and secondary charge port detection sequences and port specific performance requirements. These include required operating range, undershoot, detection signaling, and connectors for each port type. Also included are dead, weak, and good battery charge conditions, port shutdown procedures, and other details associated with battery charging.

BC1.2 was published after USB 2.0 but before USB 3.1 and so the information in BC1.2 refers to USB 2.0. The specification is, however, consistent and compatible with USB 3.1.

(*E.g.*,    https://www.lightingglobal.org/wp-content/uploads/2017/12/Issue-24_USB-smartphone-charging-final.pdf, page 4).



(*E.g.*, https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5).



**Figure 3-6 Primary Detection, DCP**

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

22.     On information and belief, Defendant provided a product or power supply system, such as the '087 Accused BC Chargers, that comprised data circuitry configured to receive a first signal that originates from a portable electronic device and to provide a second signal to be sent to the portable electronic device, the data circuitry and the power circuitry configured to be coupled via a connector to the portable electronic device, the connector comprising a first conductor, a second conductor, a third conductor, and a fourth conductor, the connector configured to be detachably mated with a power input interface of the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the USB power

supply comprises data circuitry configured to use the Primary Detection method as described in the USB BC 1.2 specification. The USB power supply connects to the portable electronic device through a USB cable. The USB cable has a USB-C connector at one end to detachably mate with the charging port of portable electronic device. The connector comprises VBUS ("first conductor"), GND ("second conductor"), D+ ("third conductor") and D- ("fourth conductor") pins. Further, during Primary Detection, when a portable electronic device is connected with the USB power supply through the USB cable, the portable electronic device generates a D+ signal ("first signal"). Data circuitry of the USB power supply receives the D+ signal ("first signal") and provides a D- signal ("second signal") to the portable electronic device to detect the type of connected power supply (standard downstream port or charging port). To the extent the D- signal (*i.e.*, "second signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents. The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial origin of the D- signal. The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).

## 1.2  Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries.  This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle.  This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:
- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port.  This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience.  This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 1).

### 3.2.3.2  Problem Description

USB plugs and receptacles are designed such that when the plug is inserted into the receptacle, the power pins make contact before the data pins make contact.  This is illustrated in Figure 3-3.



**Figure 3-3  Data Pin Offset**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 10).

## 3. Charging Port Detection

### 3.1 Overview

Figure 3-1 shows several examples of a PD attached to an SDP or Charging Port.



**Figure 3-1  System Overview**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 6).

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6  Primary Detection, DCP**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

23.     On information and belief, Defendant provided a product or power supply system, such as the '087 Accused BC Chargers, to transfer, via the first conductor, the direct current power to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the VBUS pin provides DC power to a portable electronic device.

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

## Acronyms

| | |
|---|---|
| ACA | Accessory Charger Adapter |
| CDP | Charging Downstream Port |
| DBP | Dead Battery Provision |
| DCD | Data Contact Detect |
| DCP | Dedicated Charging Port |
| FS | Full Speed |
| HS | High-Speed |
| LS | Low-Speed |
| OTG | On-The-Go |
| PC | Personal Computer |
| PD | Portable Device |
| PHY | Physical Layer Interface for High-Speed USB |
| PS2 | Personal System 2 |
| SDP | Standard Downstream Port |
| SRP | Session Request Protocol |
| TPL | Targeted Peripheral List |
| USB | Universal Serial Bus |
| USBCV | USB Command Verifier |
| USB-IF | USB Implementers Forum |
| VBUS | Voltage line of the USB interface |

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging

Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15,

2012, Page xi).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).

24.    Defendant provided a product or power supply system, such as the '087 Accused BC Chargers, to transfer, via the second conductor, a ground reference to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the GND pin provides a ground reference to the portable electronic device.

### 3.5    Ground Current and Noise Margins

As shown in Figure 7-47 of the USB 2.0 specification, a current of 100 mA through the ground wire of a USB cable can result in a voltage difference of 25 mV between the host ground and the device ground. This ground difference has the effect of reducing noise margins for both signaling and charger detection.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 36).



**3.2.4    Primary Detection**

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

**3.2.4.1    Primary Detection, DCP**

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.

Figure 3-6  Primary Detection, DCP

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of Microchip.



**Figure 2.** The USB Type-C plug. Image courtesy of Microchip.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

25.     Defendant provided a product or power supply system, such as the '087 Accused BC Chargers, to transfer, via the third conductor, the first signal from the portable electronic device to the data circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the D+ pin provides the D+ signal ("first signal") from the portable electronic device to the data circuitry of the USB power supply.

### 3.2.4   Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

#### 3.2.4.1   Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

### > MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

### TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

26.     Defendant provided a product or power supply system, such as '087 Accused BC Chargers, to transfer, via the fourth conductor, the second signal from the data circuitry to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the D- pin provides the D- signal ("second signal") from the data circuitry of the USB power supply to the portable electronic device. To the extent the D- signal (*i.e.*, "second signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents. The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial

origin of the D- signal. The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).



**Figure 3-6 Primary Detection, DCP**

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

27.     Defendant provided a product or power supply system with data circuity, such as the '087 Accused BC Chargers, that was further configured, in coordination with the first signal, to provide the second signal, the second signal having a parameter level that is usable by the portable electronic device in connection with control of charging a rechargeable battery of the portable electronic device based on the direct current power provided by the power circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the USB power supply shorts the D+ to D- through a resistance of $R_{DCP\_DAT}$, such that the portable electronic device detects a voltage on D-. Therefore, the data circuitry of the power supply is configured, in coordination with the D+ signal ("first signal") to provide D- signal ("second signal") to the portable electronic device. The D+ signal and D- signal are separate signals. The D+ signal originates at the portable electronic device and is received by the power supply. When

the D+ signal passes through the resistor $R_{DCP\_DAT}$, the resistance causes the voltage to drop, creating a new D- signal to be transmitted to the portable electronic device via the D- pin. Thus, the D+ signal is received by the power supply at one voltage and the D- signal is transmitted to the portable electronic device at a second voltage. Further, the portable electronic device compares the D- signal's voltage ("parameter") level with a reference voltage to detect the type of power supply (standard downstream port or charging port). Based on the type of power supply, the portable electronic devices draw current to charge a rechargeable battery of the portable electronic device from the direct current power provided by the power supply.

## 1.1  Scope

The Battery Charging Working Group is chartered with creating specifications that define limits as well as detection, control and reporting mechanisms to permit devices to draw current in excess of the USB 2.0 specification for charging and/or powering up from dedicated chargers, hosts, hubs and charging downstream ports. These mechanisms are backward compatible with USB 2.0 compliant hosts and peripherals.

## 1.2  Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries. This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle. This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port. This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience. This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 1).

### 3.2.4   Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

#### 3.2.4.1   Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

28.    As discussed above, the '087 Accused BC Chargers compared the D- signal's voltage ("parameter") level with a reference voltage to detect the type of power supply (standard downstream port or charging port). Based on the type of power supply, the portable electronic devices drew current to charge a rechargeable battery of the portable electronic device from the direct current power provided by the power supply.

29.    As discussed above, in the '087 Accused BC Chargers, the parameter level is the D- signal's voltage.

30.    Defendant provided a product or power supply, such as the '087 Accused BC Chargers, in which the first signal was received by the data circuitry in response to the power circuitry providing the direct current power and the ground reference to the portable electronic device. As explained above in connection with Claim 1, the power supply comprised=s data circuity and power circuitry configured to use the Primary Detection method of the USB BC 1.2

specification. Using the VBUS pin and GRN pin, current power and ground reference are provided to and detected by the portable electronic device, respectively. This detection triggers the portable electronic device to send a voltage signal D+, which is the "first signal" received by the data circuitry of the power supply.

31.    Defendant made, used, sold, offered for sale and/or imported a product or power supply system, such as the '087 Accused BC Chargers, comprising power circuitry configured to provide direct current power. This element is met literally, or in the alternative, under the doctrine of equivalents. Upon information and belief, Defendant made, used, sold, offered for sale and/or imported a USB power supply (*e.g.*, the '087 Accused BC Chargers) to supply power to the portable electronic device. USB-compliant devices at USB 3.0 or above are compatible with the USB BC 1.2 specification. Upon information and belief, each of the '087 Accused BC Chargers included power circuitry compliant with the Battery Charging (BC) 1.2 specification to charge the portable electronic device. The Table 2-1 (https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36) and the diagram depicting the power consumed by different USB specifications (https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5) disclose that BC 1.2 is used to output 5V voltage, 1.5A current, and 7.5W power. Further, to charge the battery in a portable electronic device, the portable electronic device is connected to the USB power supply. The other end is connected to the charging port of the device and the power supply is plugged into a standard wall socket. Therefore, the USB power supply comprised power circuitry to provide DC power to the electronic device.

**Table 2-1  Summary of power supply options**

| Mode of Operation | Voltage | Current | Notes |
|---|---|---|---|
| *USB 2.0* | 5 V | See *USB 2.0* | |
| *USB 3.2* | 5 V | See *USB 3.2* | |
| *USB4* | 5 V | 1.5 A | See Section 5.3. |
| *USB BC 1.2* | 5 V | 1.5 A[1] | Legacy charging |
| USB Type-C Current @ 1.5 A | 5 V | 1.5 A | Supports higher power devices |
| USB Type-C Current @ 3.0 A | 5 V | 3 A | Supports higher power devices |
| *USB PD* | Configurable up to 20 V | Configurable up to 5 A | Directional control and power level management |

(*E.g.*,       https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36).

# USB battery charging specifications

## Battery Charging Specification Revision 1.2 (BC1.2)

The different port types described in the above section were first defined in the *Battery Charging Specification Revision 1.2* (BC1.2) published in 2010. In addition to the port definitions, BC1.2 specifies primary and secondary charge port detection sequences and port specific performance requirements. These include required operating range, undershoot, detection signaling, and connectors for each port type. Also included are dead, weak, and good battery charge conditions, port shutdown procedures, and other details associated with battery charging.

BC1.2 was published after USB 2.0 but before USB 3.1 and so the information in BC1.2 refers to USB 2.0. The specification is, however, consistent and compatible with USB 3.1.

(*E.g.*, https://www.lightingglobal.org/wp-content/uploads/2017/12/Issue-24_USB-smartphone-charging-final.pdf, page 4).



(*E.g.*, https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5).

**3.2.4    Primary Detection**

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

**3.2.4.1    Primary Detection, DCP**

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

32.    Defendant provided a product or power supply system, such as the '087 Accused BC Chargers, comprised data circuitry configured to receive an input signal that originates from a portable electronic device and to provide an output signal to be sent to the portable electronic device, the data circuitry and the power circuitry configured to be coupled via a connector to the portable electronic device, the connector comprising a first conductor, a second conductor, a third conductor, and a fourth conductor, the connector configured to be detachably mated with a power input interface of the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the USB power supply comprises data circuitry

configured to use the Primary Detection method as described in the USB BC 1.2 specification. The USB power supply connects to the portable electronic device through a USB cable.  The USB cable has a USB-C connector at one end to detachably mate with the charging port of portable electronic device.  The connector comprises VBUS ("first conductor"), GND ("second conductor"), D+ ("third conductor") and D- ("fourth conductor") pins. Further, during Primary Detection, when a portable electronic device is connected with the USB power supply through the USB cable, the portable electronic device generates a D+ signal ("input signal").  Data circuitry of the USB power supply receives the D+ signal ("input signal") and provides a D- signal ("output signal") to the portable electronic device to detect the type of connected power supply (standard downstream port or charging port). To the extent the D- signal (*i.e.*, "output signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents.  The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial origin of the D- signal.  The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).

## 1.2   Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries.  This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle.  This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port.  This specification defines just such mechanisms.

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 1).

### 3.2.3.2   Problem Description

USB plugs and receptacles are designed such that when the plug is inserted into the receptacle, the power pins make contact before the data pins make contact.  This is illustrated in Figure 3-3.



**Figure 3-3  Data Pin Offset**

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 10).

## 3. Charging Port Detection

### 3.1 Overview

Figure 3-1 shows several examples of a PD attached to an SDP or Charging Port.



**Figure 3-1 System Overview**

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 6).

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}.$

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

33.    Defendant provided a product or power supply system, such as the '087 Accused BC Chargers, to transfer, via the first conductor, the direct current power to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the VBUS pin provides DC power to the portable electronic device.

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

## Acronyms

| | |
|---|---|
| ACA | Accessory Charger Adapter |
| CDP | Charging Downstream Port |
| DBP | Dead Battery Provision |
| DCD | Data Contact Detect |
| DCP | Dedicated Charging Port |
| FS | Full Speed |
| HS | High-Speed |
| LS | Low-Speed |
| OTG | On-The-Go |
| PC | Personal Computer |
| PD | Portable Device |
| PHY | Physical Layer Interface for High-Speed USB |
| PS2 | Personal System 2 |
| SDP | Standard Downstream Port |
| SRP | Session Request Protocol |
| TPL | Targeted Peripheral List |
| USB | Universal Serial Bus |
| USBCV | USB Command Verifier |
| USB-IF | USB Implementers Forum |
| VBUS | Voltage line of the USB interface |

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page xi).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).

34.    Defendant provided a product or power supply system, such as the '087 Accused BC Chargers, to transfer, via the second conductor, a ground reference to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the GND pin provides a ground reference to the portable electronic device.

## 3.5  Ground Current and Noise Margins

As shown in Figure 7-47 of the USB 2.0 specification, a current of 100 mA through the ground wire of a USB cable can result in a voltage difference of 25 mV between the host ground and the device ground.  This ground difference has the effect of reducing noise margins for both signaling and charger detection.

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 36).

### 3.2.4  Primary Detection
Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1  Primary Detection, DCP
Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6  Primary Detection, DCP**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

35.    Defendant provided a product or power supply system, such as the '087 Accused BC Chargers, to transfer, via the third conductor, the output signal from the data circuitry to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the D- pin provides the D- signal ("output signal") from the data circuitry of the USB power supply to the portable electronic device.

### 3.2.4  Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1  *Primary Detection, DCP*

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6  Primary Detection, DCP**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** *The USB Type-C receptacle. Image courtesy of Microchip.*



**Figure 2.** *The USB Type-C plug. Image courtesy of Microchip.*

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

36.    Defendant provided a product or power supply system, such as the '087 Accused BC Chargers, to transfer, via the fourth conductor, the input signal from the portable electronic device to the data circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the D+ pin provides the D+ signal ("input signal") from the portable electronic device to the data circuitry of the USB power supply. To the extent the D- signal (*i.e.*, "output signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents. The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial

origin of the D- signal. The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).



**3.2.4   Primary Detection**
Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

**3.2.4.1   Primary Detection, DCP**
Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.

**Figure 3-6  Primary Detection, DCP**

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** *The USB Type-C receptacle. Image courtesy of Microchip.*



**Figure 2.** *The USB Type-C plug. Image courtesy of Microchip.*

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

37.     Defendant provided a product or power supply system, such as the '087 Accused BC Chargers, that included data circuitry that is further configured, in coordination with the input signal, to provide the output signal, the output signal usable by the portable electronic device in connection with control of charging a rechargeable battery of the portable electronic device based on the direct current power provided by the power circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the USB power supply shorts the D+ to D- through a resistance of $R_{DCP\_DAT}$, such that the portable electronic device detects a voltage on D-.  Therefore, the data circuitry of the power supply is configured, in coordination with the D+ signal ("input signal") to provide D- signal ("output signal") to the portable electronic device. The D+ signal and D- signal are separate signals.  The D+ signal originates at the portable electronic device and is received by the power supply.  When the D+ signal passes through the

resistor $R_{DCP\_DAT}$, the resistance causes the voltage to drop, creating a new D- signal to be transmitted to the portable electronic device via the D- pin. Thus, the D+ signal is received by the power supply at one voltage and the D- signal is transmitted to the portable electronic device at a second voltage. Further, the portable electronic device compares the D- signal's voltage level with a reference voltage to detect the type of power supply (standard downstream port or charging port). Based on the type of power supply, the portable electronic devices draw current to charge a rechargeable battery of the portable electronic device from the direct current power provided by the power supply.

## 1.1  Scope

The Battery Charging Working Group is chartered with creating specifications that define limits as well as detection, control and reporting mechanisms to permit devices to draw current in excess of the USB 2.0 specification for charging and/or powering up from dedicated chargers, hosts, hubs and charging downstream ports. These mechanisms are backward compatible with USB 2.0 compliant hosts and peripherals.

## 1.2  Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries. This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle. This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port. This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience. This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 1).



**3.2.4   Primary Detection**

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

**3.2.4.1   Primary Detection, DCP**

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.

Figure 3-6  Primary Detection, DCP

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on V$_{DP\_SRC}$ and I$_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of R$_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to V$_{DP\_SRC}$.

A PD shall compare the voltage on D- with V$_{DAT\_REF}$. If D- is greater than V$_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with V$_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than V$_{DAT\_REF}$, but less than V$_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than V$_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw I$_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than V$_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than V$_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw I$_{SUSP}$.

The choice of whether or not to compare D- to V$_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

38.    As discussed above, the USB cable had a USB-C connector at one end to detachably mate with the charging port of portable electronic device.

39.    As discussed above, the '087 Accused BC Chargers compared the D- signal's voltage ("Parameter") level with a reference voltage to detect the type of power supply (standard downstream port or charging port). Based on the type of power supply, the '087 Accused BC Chargers drew current to charge a rechargeable battery of the portable electronic device from the direct current power provided by the power supply.

40.    As discussed above, in the '087 Accused BC Chargers, the parameter level was the D- signal's voltage.

41.    Defendant provides a power supply, such as the '087 Accused BC Chargers, in which the input signal was received by the data circuitry in response to the power circuitry providing the direct current power and the ground reference to the portable electronic device. As

explained above, the power supply comprised data circuity and power circuitry configured to use the Primary Detection method of the USB BC 1.2 specification. Using the VBUS pin and GRN pin, current power and ground reference are provided to and detected by the portable electronic device, respectively. This detection triggers the portable electronic device to send a voltage signal D+, which is the "input signal" received by the data circuitry of the power supply.

**B.    Infringement for Compliance with Power Delivery Standard**

42.    Upon information and belief, Defendant has directly infringed claims 1, 5-7, 11, and 15-17 of the '087 patent (in Texas, and elsewhere in the United States), by making, using, selling, offering for sale and/or importing a power supply system comprising power circuitry configured to provide direct current power such products including, but not limited to, the power supply provided with the following: Transcend HUB 6 in 1 Hub, Type C, with 60W Power Delivery, 10Gbps USB C and 2 Type-A Ports, Micro SD and SD UHS-II Card Reader, for MacBook Pro, Labtop - TS-HUB5C ("'087 Accused PD Chargers"), which complies with Universal Serial Bus Power Delivery Specification, Revision 2.0 January 2017.

43.    Defendant made, used, sold, offered for sale and/or imported a USB power supply (*e.g.*, the '087 Accused PD Chargers) comprising power circuitry configured to provide direct current power. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, Defendant provided '087 Accused PD Chargers. Each '087 Accused PD Charger included a USB-C port with Power Delivery, through which the '087 Accused PD Charger could charge batteries of portable electronic devices using a full featured USB Type-C cable. The '087 Accused PD Chargers were configured to connect to portable electronic devices through a full featured USB Type-C cable to provide DC power to the portable electronic devices. Further, the USB-C ports of the '087 Accused PD Chargers are compliant with at least Universal Serial Bus

Type-C Cable and Connector Specification, Release 1.0 August 2014 (along with other subsequent revisions of Type-C specification), and Universal Serial Bus Power Delivery Specification, Revision 1.0 January 2017.   Further, to charge the battery in a portable electronic device, the portable electronic device is connected to the USB power supply. The other end of the USB cable is connected to the charging port of the portable electronic device and the power supply is plugged into a standard wall socket or a DC power source.   Therefore, the USB power supply comprised power circuitry to provide DC power to the portable electronic device.

## Specifications



| | |
|---|---|
| **Dimensions** | 103.5mm x 44.9mm x 12.3mm (4.07" x 1.77" x 0.48") |
| **Weight** | 51g (1.80 oz) |
| **Interface** | USB Type-C / USB 3.1 Gen 2 |
| **Output Interface** | USB Type-C (USB 3.1 Gen 2) |
| | USB Type-C (Max. 60W Power Delivery) |
| | USB Type-A x2 (USB 3.1 Gen 1) |
| | SD Card Slot (UHS-II) / microSD Card Slot (UHS-I) |
| **Output Power** | 5V/0.9A from USB port<br>Max. 20V/3A from Type-C port |
| **Input Power** | 5V/0.9A from USB port<br>Max. 20V/3A from Type-C PD port |
| **Operating Temperature** | 0°C(32°F)~50°C(122°F) |
| **Certificates** | CE, FCC, BSMI, KC, RCM, EAC, UKCA |
| **Warranty** | Two-year Limited Warranty |

(*E.g.*,                           https://www.amazon.com/Transcend-MacBook-iPhone-Surface-Chromebook/dp/B07YXDR1X5?th=1).



(*E.g.*, *id.*).



(*E.g.*, *id.*).

44.    On information and belief, Defendant provided a product or power supply system, such as the '087 Accused PD Chargers, that comprised data circuitry configured to receive a first signal that originates from a portable electronic device and to provide a second signal to be sent to the portable electronic device, the data circuitry and the power circuitry configured to be coupled via a connector to the portable electronic device, the connector comprising a first conductor, a second conductor, a third conductor, and a fourth conductor, the connector configured to be detachably mated with a power input interface of the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents.   For example, the '087 Accused PD Chargers comprised data circuitry as described in the Universal Serial Bus Type-C Cable and Connector Specification and Universal Serial Bus Power Delivery Specification.  The

'087 Accused PD Chargers were configured to connect to portable electronic devices through a USB cable. The USB cable has a connector of the type including but not limited to USB-C at one end to detachably mate with the charging port of a portable electronic device. The connector comprises VBUS ("first conductor"), GND ("second conductor"), and two Configuration Channel conductors, *i.e.*, CC1/CC2 ("third conductor" / "fourth conductor"). When a portable electronic device is connected to the Accused PD Charger through the full featured USB Type-C cable, the orientation of the connector to the Accused PD Charger was detected first. The Accused PD Chargers detected the proper orientation of the connected USB Type-Cable by checking the voltage signal at the CC1 and CC2 pins. The values of the two resistors, Rp and Rd are fixed such that the voltage signal at one of the two CC pins (*i.e.*, CC1 and CC2) will be lower than the predetermined threshold value. The '087 Accused PD Chargers determined which of the two CC pins are used as a configuration channel by detecting a voltage less than a certain threshold voltage at the CC pin in use. The CC pin used as a configuration channel is the "third conductor" and the voltage signal ("first signal") received at one of the CC pin meeting the threshold requirement from the portable device connected via the full featured USB Type-Cable is determined by the voltage divider signal generated by the Rd resister in the portable electronic devices with the Rp resister in the '087 Accused PD Chargers. The CC pin that is not used as a configuration channel then becomes the Vconn conductor ("the fourth conductor"). The '087 Accused PD Chargers connected to the full-featured USB Type-C cables that are electronically marked. To connect to an electronically marked USB Type-C cable, the '087 Accused PD Chargers utilized the Vconn pin. With the electronically marked USB Type-Cable, the CC pin not used as the configuration channel is used as the Vconn source. Upon providing the Vconn signal to the portable electronic device, the '087 Accused PD Chargers communicated the SOP/SOP'/SOP'' (SOP*) packet with

the portable electronic device that was used to control the power delivery from the Accused PD Chargers to the portable electronic device. The SOP* includes the SOP communication from the Accused PD Chargers to the portable electronic devices that are attached. The voltage signal at the Vconn pin sent from the Accused PD Chargers to the portable electronic devices was the "second signal" because the Vconn signal enables the SOP* communication that controls the charging batteries in the portable electronic devices.

Table 3-4 USB Type-C Receptacle Interface Pin Assignments

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|-----|-------------|-------------|-----------------|-----|-------------|-------------|-----------------|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |
| A2 | SSTXp1 | Positive half of first SuperSpeed TX differential pair | Second | B11 | SSRXp1 | Positive half of first SuperSpeed RX differential pair | Second |
| A3 | SSTXn1 | Negative half of first SuperSpeed TX differential pair | Second | B10 | SSRXn1 | Negative half of first SuperSpeed RX differential pair | Second |
| A4 | V$_{BUS}$ | Bus Power | First | B9 | V$_{BUS}$ | Bus Power | First |
| A5 | CC1 | Configuration Channel | Second | B8 | SBU2 | Sideband Use (SBU) | Second |
| A6 | Dp1 | Positive half of the USB 2.0 differential pair – Position 1 | Second | B7 | Dn2 | Negative half of the USB 2.0 differential pair – Position 2 | Second |
| A7 | Dn1 | Negative half of the USB 2.0 differential pair – Position 1 | Second | B6 | Dp2 | Positive half of the USB 2.0 differential pair – Position 2 | Second |
| A8 | SBU1 | Sideband Use (SBU) | Second | B5 | CC2 | Configuration Channel | Second |
| A9 | V$_{BUS}$ | Bus Power | First | B4 | V$_{BUS}$ | Bus Power | First |
| A10 | SSRXn2 | Negative half of second SuperSpeed RX differential pair | Second | B3 | SSTXn2 | Negative half of second SuperSpeed TX differential pair | Second |
| A11 | SSRXp2 | Positive half of second SuperSpeed RX differential pair | Second | B2 | SSTXp2 | Positive half of second SuperSpeed TX differential pair | Second |
| A12 | GND | Ground return | First | B1 | GND | Ground return | First |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 49).

70

The USB Type-C receptacle, plug and cable designs are intended to support future USB functional extensions. As such, consideration was given to frequency scaling performance, pin-out arrangement and the configuration mechanisms when developing this solution. The definition of future USB functional extensions is not in the scope of this specification but rather will be provided in future releases of the base USB Specification, i.e., beyond the existing *USB 3.1 Specification*.

Figure 2-1 illustrates the comprehensive functional signal plan for the USB Type-C receptacle, not all signals shown are required in all platforms or devices. As shown, the receptacle signal list functionally delivers both *USB 2.0* (D+ and D−) and *USB 3.1* (TX and RX pairs) data buses, USB power (VBUS) and ground (GND), Configuration Channel signals (CC1 and CC2), and two Sideband Use (SBU) signal pins. Multiple sets of USB data bus signal locations in this layout facilitate being able to functionally map the USB signals independent of plug orientation in the receptacle. For reference, the signal pins are labeled.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 18).

**Figure 2-1  USB Type-C Receptacle Interface (Front View)**

| A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GND | TX1+ | TX1− | VBUS | CC1 | D+ | D− | SBU1 | VBUS | RX2− | RX2+ | GND |
| GND | RX1+ | RX1− | VBUS | SBU2 | D− | D+ | CC2 | VBUS | TX2− | TX2+ | GND |
| B12 | B11 | B10 | B9 | B8 | B7 | B6 | B5 | B4 | B3 | B2 | B1 |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 18).

**4.5.1.1  USB Data Bus Interface and USB Type-C Plug Flip-ability**

Since the USB Type-C plug can be inserted in either right-side-up or upside-down position, the hosts and devices that support USB data bus functionality must operate on the signal pins that are actually connected end-to-end. In the case of USB 2.0, this is done by shorting together the two D+ signal pins and the two D− signal pins in the DFP and UFP receptacles. In the case of USB SuperSpeed signals, it requires the functional equivalent of a switch in both the DFP and UFP to appropriately route the SuperSpeed TX and RX signal pairs to the connected path through the cable.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 104).



**Figure 4-3  Logical Model for Data Bus Routing across USB Type-C-based Ports**

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 105).

#### 4.5.1.2.1  Detecting a Valid DFP-to-UFP Connection

The general concept for setting up a valid connection between a DFP and UFP is based on being able to detect terminations residing in the product being attached.

To aid in defining the functional behavior of CC, a pull-up (Rp) termination and pull-down (Rd) termination model is used – actual implementation in hosts and devices may vary, for example, the pull-up termination could be replaced by a current source.  Figure 4-5 and Figure 4-6 illustrates two models, the first based on a pull-up resistor in the DFP and the second replacing this with a current source.

#### Figure 4-5  Pull-Up/Pull-Down CC Model



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 107).

Table 4-10 provides the values that shall be used for the DFP's Rp or current source. Other pull-up voltages shall be allowed if they remain less than 5.5 V and fall within the correct voltage ranges on the UFP side – see Table 4-18, Table 4-19 and Table 4-20. Note: when two DFPs are connected together, they may use different termination methods which could result in unexpected current flow.

Table 4-10  DFP CC Termination (Rp) Requirements

| DFP Advertisement | Current Source to 1.7 – 5.5 V | Resistor pull-up to 4.75 – 5.5 V | Resistor pull-up to 3.3 V ± 5% |
|---|---|---|---|
| Default USB Power | 80 µA ± 20% | 56 kΩ ± 20% | 36 kΩ ± 20% |
| 1.5 A @ 5 V | 180 µA ± 8% | 22 kΩ ± 5% | 12 kΩ ± 5% |
| 3.0 A @ 5 V | 330 µA ± 8% | 10 kΩ ± 5% | 4.7 kΩ ± 5% |

The UFP may find it convenient to implement Rd in multiple ways simultaneously (a wide range Rd when unpowered and a trimmed Rd when powered). Transitions between Rd implementations that do not exceed tCCDebounce shall not be interpreted as exceeding the wider Rd range. Table 4-11 provides the methods and values that shall be used for the UFP's Rd implementation.

Table 4-11  UFP CC Termination (Rd) Requirements

| Rd Implementation | Nominal value | Can detect power capability? | Max voltage on pin |
|---|---|---|---|
| ± 20% voltage clamp[1] | 1.1 V | No | 1.32 V |
| ± 20% resistor to GND | 5.1 kΩ | No | 2.18 V |
| ± 10% resistor to GND | 5.1 kΩ | Yes | 2.04 V |

Note:
1. The clamp implementation inhibits USB PD communication although the system can start with the clamp and transition to the resistor once it is able to do USB PD.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Pages 149-150).

## 2.5  VCONN

Once the connection between host and device is established, the CC pin (CC1 or CC2) in the receptacle that is not connected via the CC wire through the standard cable is repurposed to source VCONN to power circuits in the plug needed to implement Electronically Marked Cables (see Section 4.9). Initially, the DFP sources VCONN and the source may be swapped using USB PD VCONN_Swap.

Electronically marked cables may use VBUS instead of VCONN as VBUS is available across the cable. VCONN functionally differs from VBUS in that it is isolated from the other end of the cable. VCONN is independent of VBUS and, unlike VBUS which can use USB PD to support higher voltages, VCONN voltage is fixed at 5 V.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 23).

## 4.9   Electronically Marked Cables

All USB Full-Featured Type-C cables shall be electronically marked.  USB 2.0 Type-C cables may be electronically marked.

Electronically marked cables shall support _USB Power Delivery_ Structured VDM Discover Identity command directed to SOP'.  This provides a method to determine the characteristics of the cable, e.g. its current carrying capability, its performance, vendor identification, etc. This may be referred to as the USB Type-C Cable ID function.

Prior to an explicit _USB PD_ contract, a Charging UFP is allowed to use SOP' to discover the cable's identity.  After an explicit _USB PD_ contract has been negotiated, only the DFP shall communicate with SOP'.

An electronically marked cable incorporates electronics that require VCONN, although VBUS or another source may be used.  Electronically marked cables that do not incorporate data bus signal conditioning circuits shall consume no more than 70 mW from VCONN.  During USB suspend, electronically marked cables shall not draw more than 7.5 mA from VCONN, see Section 4.6.1.2.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 147).

**Figure 4-34  Electronically Marked Cable with VCONN connected through the cable**



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 148).



*Figure 4-35  Electronically Marked Cable with SOP′ at both ends*

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 147).

All SOP* Communications take place over a single wire (CC). This means that the SOP* Communication periods must be coordinated to prevent important communication from being blocked. For a product which does not recognize SOP/SOP′ or SOP″ Packets, this will look like a non-idle channel, leading to missed packets and retries. Communications between the Port Partners take precedence meaning that communications with the Cable Plug can be interrupted but will not lead to a Soft or Hard Reset.

When no Contract or an Implicit Contract is in place (e.g., after a Power Role Swap or Fast Role Swap) only the Source port that is supplying VCONN is allowed to send packets to a Cable Plug (SOP′) and is allowed to respond to packets from the Cable Plug (SOP′) with a GoodCRC in order to discover the Cable Plug's characteristics (see Figure 2-2). During this phase all communication with the Cable Plug is initiated and controlled by the Source which acts to prevent conflicts between SOP and SOP′ Packets. The Sink does not communicate with the Cable Plug and *Discards* any SOP′ Packets received.

When an Explicit Contract is in place the VCONN Source (either the DFP or the UFP) can communicate with the Cable Plug(s) using SOP′/SOP″ Packets (see Figure 2-2). During this phase all communication with the Cable Plug is initiated and controlled by the VCONN Source which acts to prevent conflicts between SOP* Packets. The Port that is not the VCONN Source does not communicate with the Cable Plug and does not recognize any SOP′/SOP″ Packets received. Only the DFP, when acting as a VCONN Source, is allowed to send SOP* in order to control the entry and exiting of Modes and to manage Modal Operation.

*Figure 2-2 Example SOP′ Communication between VCONN Source and Cable Plug(s)*



(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 7).

| Term | Description |
|------|-------------|
| Sink Directed Charge | A charging scheme whereby the Sink connects the Source to its battery through safety and other circuitry.  When the SPR PPS Current Limit feature is activated, the Source automatically controls its output current by adjusting its output Voltage. |
| Soft Reset | A process that resets the PD communications engine to its default state. |
| SOP Communication | Communication using SOP Packets also implies that a Message sequence is being followed. |
| SOP Packet | Any Power Delivery Packet which starts with an *SOP*. |
| SOP* Communication | Communication with a Cable Plug using SOP* Packets, also implies a Message sequence is being followed. |
| SOP* Packet | A term referring to any Power Delivery Packet starting with either *SOP, SOP'* or *SOP''*. |
| SOP' Communication | Communication with a Cable Plug using SOP' Packets, also implies that a Message sequence is being followed. |
| SOP' Packet | Any Power Delivery Packet which starts with an *SOP'* used to communicate with a Cable Plug. |
| SOP'' Communication | Communication with a Cable Plug using SOP'' Packets, also implies that a Message sequence is being followed. |
| SOP'' Packet | Any Power Delivery Packet which starts with an *SOP''* used to communicate with a Cable Plug when SOP' Packets are being used to communicate with the other Cable Plug. |

(Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 68).

45.    On information and belief, Defendant provided a product or power supply system, such as '087 Accused PD Chargers, to transfer, via the first conductor, the direct current power to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the VBUS pin is the voltage line that provides DC power to the portable electronic device.

Figure 2-1 illustrates the comprehensive functional signal plan for the USB Type-C receptacle, not all signals shown are required in all platforms or devices.  As shown, the receptacle signal list functionally delivers both *USB 2.0* (D+ and D−) and *USB 3.1* (TX and RX pairs) data buses, USB power (VBUS) and ground (GND), Configuration Channel signals (CC1 and CC2), and two Sideband Use (SBU) signal pins.  Multiple sets of USB data bus signal locations in this layout facilitate being able to functionally map the USB signals independent of plug orientation in the receptacle.  For reference, the signal pins are labeled.

**Figure 2-1  USB Type-C Receptacle Interface (Front View)**

| A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |
|-----|------|------|------|------|------|------|------|------|------|------|------|
| GND | TX1+ | TX1− | VBUS | CC1 | D+ | D− | SBU1 | VBUS | RX2− | RX2+ | GND |

| GND | RX1+ | RX1− | VBUS | SBU2 | D− | D+ | CC2 | VBUS | TX2− | TX2+ | GND |
|-----|------|------|------|------|------|------|------|------|------|------|------|
| B12 | B11 | B10 | B9 | B8 | B7 | B6 | B5 | B4 | B3 | B2 | B1 |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 18).

76

**2.4  VBUS**

VBUS provides a path to deliver power between a host and a device, and between a charger and a host/device. A simplified high-current supply capability is defined for hosts and chargers that optionally support current levels beyond the *USB 2.0* and *USB 3.1* specifications. The *USB Power Delivery Specification* is supported.

Table 2-1 summarizes the power supply options available from the perspective of a device with the USB Type-C connector. Not all options will be available to the device from all host

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 22).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

46.    Defendant provided a product or power supply system, such as '087 Accused PD Chargers, to transfer, via the second conductor, a ground reference to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the GND pin provides a ground reference to the portable electronic device.

### 2.3.1 DFP-to-UFP Attach/Detach Detection

Initially, DFP-to-UFP attach is detected by a host or hub port (DFP) when one of the CC pins at its USB Type-C receptacle senses a specified resistance to GND.  Subsequently, DFP-to-UFP detach is detected when the CC pin that was terminated at its USB Type-C receptacle is no longer terminated to GND.

Power is not applied to the USB Type-C host or hub receptacle (VBUS or VCONN) until the DFP detects the presence of an attached device (UFP) port.  When a DFP-to-UFP attach is detected, the DFP is expected to enable power to the receptacle and proceed to normal USB operation with the attached device.  When a DFP-to-UFP detach is detected, the port sourcing VBUS removes power.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 21).

**Table 3-4  USB Type-C Receptacle Interface Pin Assignments**

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|-----|-------------|-------------|-----------------|-----|-------------|-------------|-----------------|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 49).



*Figure 1. The USB Type-C receptacle. Image courtesy of Microchip.*



*Figure 2. The USB Type-C plug. Image courtesy of Microchip.*

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

47.     Defendant provided a product or power supply system, such as '087 Accused PD Chargers, to transfer, via the third conductor, the first signal from the portable electronic device to the data circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents.  When a portable electronic device was connected to an '087 Accused PD Charger through the USB Type-C cable, the orientation of the connector to the '087 Accused PD Charger was detected first.  The '087 Accused PD Chargers detected the proper orientation of the connected USB Type-Cable by checking the voltage signal at the CC1 and CC2 pins.  The values of the two resistors, Rp and Rd are fixed such that the voltage signal at one of the two CC pins (*i.e.*, CC1 and CC2) will be lower than the predetermined threshold value.  The '087 Accused PD Chargers determined which of the two CC pins are used as the configuration channel by detecting a voltage less than a certain threshold voltage at the CC pin in use.  The CC pin used as the configuration channel was the "third conductor" and the voltage signal received at one of the CC pins meeting the threshold requirement ("first signal") from the portable electronic device connected via the full featured USB Type-Cable was determined by the voltage divider signal generated by the Rd resister in the portable electronic devices with the Rp resister in the '087 Accused PD Chargers.

#### 4.5.1.2.1  Detecting a Valid DFP-to-UFP Connection

The general concept for setting up a valid connection between a DFP and UFP is based on being able to detect terminations residing in the product being attached.

To aid in defining the functional behavior of CC, a pull-up (Rp) and pull-down (Rd) termination model is used – actual implementation in hosts and devices may vary, for example, the pull-up termination could be replaced by a current source.  Figure 4-5 and Figure 4-6 illustrates two models, the first based on a pull-up resistor in the DFP and the second replacing this with a current source.

#### Figure 4-5  Pull-Up/Pull-Down CC Model



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page107).

Table 4-10 provides the values that shall be used for the DFP's Rp or current source.  Other pull-up voltages shall be allowed if they remain less than 5.5 V and fall within the correct voltage ranges on the UFP side – see Table 4-18, Table 4-19 and Table 4-20.  Note: when two DFPs are connected together, they may use different termination methods which could result in unexpected current flow.

#### Table 4-10  DFP CC Termination (Rp) Requirements

| DFP Advertisement | Current Source to 1.7 – 5.5 V | Resistor pull-up to 4.75 – 5.5 V | Resistor pull-up to 3.3 V ± 5% |
|---|---|---|---|
| Default USB Power | 80 µA ± 20% | 56 kΩ ± 20% | 36 kΩ ± 20% |
| 1.5 A @ 5 V | 180 µA ± 8% | 22 kΩ ± 5% | 12 kΩ ± 5% |
| 3.0 A @ 5 V | 330 µA ± 8% | 10 kΩ ± 5% | 4.7 kΩ ± 5% |

The UFP may find it convenient to implement Rd in multiple ways simultaneously (a wide range Rd when unpowered and a trimmed Rd when powered).  Transitions between Rd implementations that do not exceed tCCDebounce shall not be interpreted as exceeding the wider Rd range.  Table 4-11 provides the methods and values that shall be used for the UFP's Rd implementation.

**Table 4-11  UFP CC Termination (Rd) Requirements**

| Rd Implementation | Nominal value | Can detect power capability? | Max voltage on pin |
|---|---|---|---|
| ± 20% voltage clamp[1] | 1.1 V | No | 1.32 V |
| ± 20% resistor to GND | 5.1 kΩ | No | 2.18 V |
| ± 10% resistor to GND | 5.1 kΩ | Yes | 2.04 V |

Note:
1. The clamp implementation inhibits *USB PD* communication although the system can start with the clamp and transition to the resistor once it is able to do *USB PD*.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Pages 149-150).

48.    Defendant provided a product or power supply system, such as '087 Accused PD Chargers, to transfer, via the fourth conductor, the second signal from the data circuitry to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents.  The CC pin that is not used as a configuration channel then becomes the Vconn conductor ("the fourth conductor").  The Accused PD Chargers connected to the full-featured USB Type-C cables that are electronically marked.  To connect to an electronically marked USB Type-C cable, the Accused PD Chargers utilized the Vconn pin.  With the electronically marked USB Type-Cable, the CC pin not used for the configuration is used as the Vconn source.   Upon providing the Vconn source, the Accused PD Chargers communicated the SOP* packets with the portable electronic device, which control charging of the batteries in the portable electronic devices. The SOP* includes the SOP communication from the Accused PD Chargers to the portable devices that are attached.  The voltage signal sent at the Vconn pin from the Accused PD Chargers to the portable electronic devices was the "second signal" because this voltage signal enabled the SOP* communication that controls charging batteries in the portable electronic devices.

## 2.5   VCONN

Once the connection between host and device is established, the CC pin (CC1 or CC2) in the receptacle that is not connected via the CC wire through the standard cable is repurposed to source VCONN to power circuits in the plug needed to implement Electronically Marked Cables (see Section 4.9).  Initially, the DFP sources VCONN and the source may be swapped using *USB PD* VCONN_Swap.

Electronically marked cables may use VBUS instead of VCONN as VBUS is available across the cable.  VCONN functionally differs from VBUS in that it is isolated from the other end of the cable.  VCONN is independent of VBUS and, unlike VBUS which can use *USB PD* to support higher voltages, VCONN voltage is fixed at 5 V.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 23).

## 4.9   Electronically Marked Cables

All USB Full-Featured Type-C cables shall be electronically marked.  USB 2.0 Type-C cables may be electronically marked.

Electronically marked cables shall support *USB Power Delivery* Structured VDM Discover Identity command directed to SOP'.  This provides a method to determine the characteristics of the cable, e.g. its current carrying capability, its performance, vendor identification, etc.  This may be referred to as the USB Type-C Cable ID function.

Prior to an explicit *USB PD* contract, a Charging UFP is allowed to use SOP' to discover the cable's identity.  After an explicit *USB PD* contract has been negotiated, only the DFP shall communicate with SOP'.

An electronically marked cable incorporates electronics that require VCONN, although VBUS or another source may be used.  Electronically marked cables that do not incorporate data bus signal conditioning circuits shall consume no more than 70 mW from VCONN.  During USB suspend, electronically marked cables shall not draw more than 7.5 mA from VCONN, see Section 4.6.1.2.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 147).



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 148).



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 147).

All SOP* Communications take place over a single wire (CC). This means that the SOP* Communication periods must be coordinated to prevent important communication from being blocked. For a product which does not recognize SOP/SOP' or SOP'' Packets, this will look like a non-idle channel, leading to missed packets and retries. Communications between the Port Partners take precedence meaning that communications with the Cable Plug can be interrupted but will not lead to a Soft or Hard Reset.

When no Contract or an Implicit Contract is in place (e.g., after a Power Role Swap or Fast Role Swap) only the Source port that is supplying VCONN is allowed to send packets to a Cable Plug (SOP') and is allowed to respond to packets from the Cable Plug (SOP') with a GoodCRC in order to discover the Cable Plug's characteristics (see Figure 2-2). During this phase all communication with the Cable Plug is initiated and controlled by the Source which acts to prevent conflicts between SOP and SOP' Packets. The Sink does not communicate with the Cable Plug and *Discards* any SOP' Packets received.

When an Explicit Contract is in place the VcONN Source (either the DFP or the UFP) can communicate with the Cable Plug(s) using SOP'/SOP'' Packets (see Figure 2-2). During this phase all communication with the Cable Plug is initiated and controlled by the VCONN Source which acts to prevent conflicts between SOP* Packets. The Port that is not the VCONN Source does not communicate with the Cable Plug and does not recognize any SOP'/SOP'' Packets received. Only the DFP, when acting as a VCONN Source, is allowed to send SOP* in order to control the entry and exiting of Modes and to manage Modal Operation.

**Figure 2-2 Example SOP' Communication between VcONN Source and Cable Plug(s)**



(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 7).

| Term | Description |
|---|---|
| Sink Directed Charge | A charging scheme whereby the Sink connects the Source to its battery through safety and other circuitry. When the SPR PPS Current Limit feature is activated, the Source automatically controls its output current by adjusting its output Voltage. |
| Soft Reset | A process that resets the PD communications engine to its default state. |
| SOP Communication | Communication using SOP Packets also implies that a Message sequence is being followed. |
| SOP Packet | Any Power Delivery Packet which starts with an *SOP*. |
| SOP* Communication | Communication with a Cable Plug using SOP* Packets, also implies a Message sequence is being followed. |
| SOP* Packet | A term referring to any Power Delivery Packet starting with either *SOP, SOP'* or *SOP''*. |
| SOP' Communication | Communication with a Cable Plug using SOP' Packets, also implies that a Message sequence is being followed. |
| SOP' Packet | Any Power Delivery Packet which starts with an *SOP'* used to communicate with a Cable Plug. |
| SOP'' Communication | Communication with a Cable Plug using SOP'' Packets, also implies that a Message sequence is being followed. |
| SOP'' Packet | Any Power Delivery Packet which starts with an *SOP''* used to communicate with a Cable Plug when SOP' Packets are being used to communicate with the other Cable Plug. |

(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 68).

49.    Defendant provided a product or power supply system, such as '087 Accused PD Chargers, that has data circuitry that was further configured, in coordination with the first signal, to provide the second signal, the second signal having a parameter level that is usable by the portable electronic device in connection with control of charging a rechargeable battery of the portable electronic device based on the direct current power provided by the power circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents.  As explained above, a voltage signal meeting the specified threshold value, *i.e.*, the "first signal," is detected at the CC pin used as the configuration channel.  In coordination with this voltage signal, the second signal, *i.e.*, another voltage signal from the Vconn pin is sent from the '087 Accused PD Chargers to the portable electronic devices, which enables the SOP* communication that controls charging a rechargeable battery of the portable electronic device.

### 2.5.3    SOP Communication

SOP Communication is used for Port-to-Port communication between the Source and the Sink. SOP Communication is recognized by both Port Partners but not by any intervening Cable Plugs. SOP Communication takes priority over other SOP* Communications since it is critical to complete power related operations as soon as possible. Message sequences relating to power are also allowed to interrupt other sequences to ensure that negotiation and control of power is given priority on the bus.

(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 75).

#### 6.4.1.1    Use of the Capabilities Message

##### 6.4.1.1.1    Use by Sources

Sources send a *Source_Capabilities* Message (see Section 6.4.1) either as part of advertising Port capabilities, or in response to a *Get_Source_Cap* Message.

Following a Hard Reset, a power-on event or plug insertion event, a Source Port *Shall* send a *Source_Capabilities* Message after every *SourceCapabilityTimer* timeout as an Advertisement that *Shall* be interpreted by the Sink Port on Attachment. The Source *Shall* continue sending a minimum of *nCapsCount Source_Capabilities* Messages until a *GoodCRC* Message is received.

(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 146).

### C.    Indirect Infringement

50.    Upon information and belief, Defendant was indirectly infringing by way of inducing infringement and contributing to the infringement of the asserted claims of the '087

patent in the State of Texas, in this District, and elsewhere in the United States, by providing the '087 Accused Chargers for use as described above by Defendant' customers. Defendant advertised, offered for sale, and/or sold the '087 Accused Chargers to its customers for use in a manner that Defendant knew infringed at least one claim of the '087 patent. For example, Defendant advertised and sold the '087 Accused Chargers. Defendant was a direct and indirect infringer, and its customers using the '087 Accused Chargers were direct infringers. Defendant had actual knowledge of the '087 patent at least as early as when they received a letter from Plaintiff sent on July 21, 2022, asserting that the '087 Accused Chargers infringed claims of the '087 patent and they were provided a claim chart that provided evidence of the infringement. Defendant knew of its infringement since at least that date as a result of the accusations of infringement in the notice letter. Defendant has therefore also knew that the use of the '087 Accused Chargers by its customers infringed at least one claim of the '087 patent since at least the date they received the letter.

51.    On information and belief, since becoming aware of the '087 patent and of the infringement through advertising and offering for sale the '087 Accused Chargers for use by its customers, Defendant was committing the act of inducing infringement by specifically intending to induce infringement by providing the '087 Accused Chargers to its customers and by aiding and abetting its use in a manner known to infringe by Defendant. Since becoming aware of the infringing use of the '087 Accused Chargers, Defendant knew that the use of the '087 Accused Chargers by its customers as a charger with a portable electronic device (including a rechargeable battery) constituted direct patent infringement. Despite this knowledge, Defendant continued to encourage and induce its customers to use the '087 Accused Chargers to infringe as described above and provided instructions for using the '087 Accused Chargers to infringe, including

through advertisements.  Defendant therefore knowingly induced infringement and specifically intended to encourage and induce the infringement of the '087 patent by its customers.

52.    On information and belief, since Defendant became aware of the acts of infringement at least as of the date of receipt of the notice letter, Defendant was committing the act of contributory infringement by intending to provide the '087 Accused Chargers to its customers knowing that such devices were a material part of the claimed invention, knowing that its use was made and adapted for infringement of the '087 patent as described above, and further knowing that the accused aspect of the '087 Accused Chargers described above was not a staple article or commodity of commerce suitable for substantially noninfringing use.  As described above, Defendant was aware that all material claim limitations were satisfied by the use and implementation of the '087 Accused Chargers by Defendant's customers in the manner described above yet continued to provide the Accused Chargers to its customers knowing that it was a material part of the claimed invention.  As described above, since learning of the infringement, Defendant knew that the use and implementation of the '087 Accused Chargers by its customers was made and adapted for infringement of the '087 patent.  A new act of direct infringement occurred each time a customer implemented and/or used the '087 Accused Chargers in the manner described above.  After Defendant became aware that the use of the '087 Accused Chargers infringed at least one claim of the '087 patent, Defendant knew that each such new use was made and adapted for infringement of at least one claim of the '087 patent and Defendant continued to advertise and provide the '087 Accused Chargers for such infringing activities.  Furthermore, as described more fully above, the '087 Accused Chargers had functionality designed for use in a system in the manner described above and is therefore not a staple article or commodity of commerce suitable for substantially noninfringing use.

53.     Upon information and belief, Defendant willfully infringed the asserted claims of the '087 patent in Texas, in this District, and elsewhere in the United States.  Defendant had actual knowledge of the '087 patent at least as early as when they received a letter from Plaintiff sent on July 21, 2022, asserting that the '087 Accused Chargers infringed claims of the '087 patent and they were provided a chart of the infringement.   Defendant knew of its infringement since at least that date as a result of the accusations of infringement in the letter.  Defendant has therefore also known that the use of the '087 Accused Chargers by its customers infringed at least one claim of the '087 patent since at least the date they received the letter.  Defendant was informed of its infringement of the '087 patent by way of the July 21, 2022, letter sent to Defendant, including claim charts demonstrating Defendant's infringement.  As a result of the letter, Defendant should have known that its actions constituted an unjustifiably high risk of infringement.  Despite the letter and knowledge that the risk of infringement was either known or so obvious that it should have been known, Defendant continued its infringing actions.

54.     Plaintiff was damaged as a result of Defendant's infringing conduct.  Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '087 patent, *i.e.*, in an amount that by law cannot be less than a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## VI.   <u>JURY DEMAND</u>

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VII.   <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against

Defendant, and that the Court grant Plaintiff the following relief:

a.   Judgment that the asserted claims of United States Patent No. 10,855,087 have been directly and indirectly infringed, either literally and/or under the doctrine of equivalents, by Defendant;

b.   Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.   Adjudging that Defendant's infringement of United States Patent No. 10,855,087, was willful and trebling all damages awarded to Comarco for such infringement pursuant to 35 U.S.C. § 284;

d.   That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.   That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

December 22, 2025                              DIRECTION IP LAW

                                              */s/ Steven G. Kalberg*
                                              David R. Bennett (IL Bar No. 6244214)
                                              Steven G. Kalberg (IL Bar No. 6336131)
                                              (*Admitted to the U.S. Dist. Ct. for the E.D. Texas*)
                                              Direction IP Law
                                              P.O. Box 14184
                                              Chicago, IL 60614-0184
                                              (312) 291-1667
                                              dbennett@directionip.com
                                              skalberg@directionip.com

                                              *Attorney for Plaintiff*
                                              *Comarco Wireless Systems LLC*